UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN 31 PM 3: 48
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| THOMAS D. TURNER | * | CIVIL ACTION NO. 03-2742 |
| VERSUS | * | SECTION C |
| KANSAS CITY SOUTHERN RAILWAY COMPANY, INC. (KCS) | * | MAG. 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO CONSOLIDATE

**NOW INTO COURT**, through undersigned counsel comes, Thomas D. Turner who respectfully moves this Honorable Court for an Order Consolidating the above referenced action with that of Equal Employment Opportunity Commission v. Kansas City Railway Company 05-2668 Eastern District for State of Louisiana Section "C" for the reasons set forth in the attached memorandum.

Respectfully submitted,

_____
Donald F. de Boisblanc          (#4786)
Donald F. de Boisblanc, Jr.     (#23462) TA
J. Rand Smith, Jr.              (#27090)
Attorneys at Law
410 South Rampart Street
New Orleans, Louisiana 70112
Telephone:   (504) 586-0005
Facsimile:   (504) 586-0007
Attorney for Thomas D. Turner

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * * * | CIVIL ACTION NO. 05-2668 |
| VERSUS | * * | SECTION C |
| THE KANSAS CITY SOUTHERN RAILWAY COMPANY, INC. (KCS) | * * * * | MAG. 2 |

* * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF THE
MOTION TO CONSOLIDATE**

**MAY IT PLEASE THE COURT:**

Thomas D. Turner asks this Honorable Court to consolidate this case with Civil Action 05-2668 Equal Employment Opportunity Commission v. Kansas City Railway Company.

1.

Plaintiff and defendants are the same in both causes of action.

2.

In this case plaintiff filed an action against defendant under Title VII and 42 U.S.C. 1981 of which both causes of action arises out of the same set of facts and circumstances.

3.

In Civil Action 05-2668; Division "C" Equal Employment Opportunity Commission v. Kansas City Railway Company filed a cause of action on behalf of Thomas D. Turner for alleged violation under Title VII, which arises for the same set of circumstances and facts that gave rise to the above referenced matter. Mr. Turner's case is being tried twice therefore for Judicial and cost economy plaintiff asks that the matters be consolidated.

2.

## ARGUMENT

The suits proposed to be consolidated are both pending before this Honorable Court for all purposes. See Fed R. Civ. 42(a); *Investors Research Co. V. U.S. Dist. Ct.* 877 F2d 777, 777 (9th Cir. 1989). Plaintiff believes since the same court is assigned to hear both cases for all purposes then it is most pragmatic to consolidate the Turner of action with the EEOC's claim to be the lead the action..

A court may consolidate lawsuits if the suit relates to substantially the same subject matter and if consolidation does not result in delay, jury confusion or prejudice the parties. See *Hendrix v. Raybestos-Manhattan, Inc.* 776 F 2d 1492, 1495-96 & n.6 (11th Cir. 1985). Consolidation will not result in an unfair advantage. *Cantrell v. GAF Corp.*, 999 F2d 1007, 1011 (6th Cir. 1993).

The consolidation will not delay the proceedings. The EEOC has no opposition to the consolidation of the matters.

## CONCLUSION

For the reasons aforementioned, Thomas D. Turner asks this Honorable Court to consolidate Civil Actions 03-2742 Division "C" with 05-2668 Division "C"

Dated: 1/31/06

Respectfully submitted,

Donald F. de Boisblanc (#4786)
Donald F. de Boisblanc, Jr. (#23462) TA
J. Rand Smith, Jr. (#27090)
Attorneys at Law
410 South Rampart Street
New Orleans, Louisiana 70112
Telephone: (504) 586-0005
Facsimile: (504) 586-0007
Attorneys for Thomas D. Turner

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and Memorandum for Consolidation has been served on all counsel of record this day by e-mail, fax and or postage prepaid on this 31st day of January 2006.

_____
Donald F. de Boisblanc, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * * * | CIVIL ACTION NO. 05-2668 |
| VERSUS | * * | SECTION C |
| THE KANSAS CITY SOUTHERN RAILWAY COMPANY, INC. (KCS) | * * * * | MAG. 5 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER ON MOTION TO CONSOLIDATE**

After considering Thomas Turner's Motion to consolidate Civil Action 03-2742 with 05-2668 and for reasons orally assigned:

It hereby **GRANTED**, that Civil Action 03-2742 with 05-2668 are consolidated resulting in one lawsuit under Civil Action 05-2668.

New Orleans, Louisiana on this _____ day of _____ 2006.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No _____