UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION |
| Plaintiff, | |
| AND | NO. 05-2668 C/W 03-2742 |
| ROBERTA BROWN | SECTION "C (2)" |
| Plaintiff-Intervenor | JUDGE BERRIGAN |
| AND | MAGISTRATE WILKINSON |
| THOMAS D. TURNER | |
| Plaintiff-Intervenor | RE: CASE NO. 03-2742, 05-2668 |
| VERSUS | |
| THE KANSAS CITY SOUTHERN RAILWAY COMPANY | |
| Defendant | |

**PRELIMINARY WITNESS LIST**

The Kansas City Southern Railway Company ("KCS"), pursuant to the Court's scheduling order, submits the following preliminary list of witnesses that KCS may call to testify at the trial of this matter.

- 1 -

944651v.1

1. Thomas Turner
2. Lester Thomas
3. Clarence Cargo
4. Jesse "J.J." Frank
5. Roberta Brown.
6. Jim Albano
7. Kathleen A. Alexander
8. R. Lane Bonds
9. Denise Brame
10. Robert Chapman
11. Todd Clark
12. John Derry
13. Steve DuPont
14. David R. Ebbrecht
15. Dan Freeman
16. Eric Freestone
17. Richard G. Guy.
18. Tom Hadel
19. Fred Leif
20. Paul A. Lobello
21. Jim Love

944651v.1

- 3 -

944651v.1

22. Dennis Marzec

23. Joe M. McDonald

24. Kevin D. McIntosh

25. Mark A. Redd

26. William G. Richmond

27. Paul J. Seghers.

28. Deana Smith

29. James Smith

30. L. Scott Spears

31. Phyllis Tasby

32. J.R. Thornell.

33. Daniel Torres

34. Richard D. Venditti

35. Ted Wax

36. Mrs. Sidney Briscoe

37. Ashley Bryars

38. George Panzeca

39. Any witness named by any other party

          Respectfully submitted,

          */s/ Ashlee M. Robinson*

          Michael R. Fontham, 5675, T.A.
          Rachel W. Wisdom, 21167
          Ashlee M. Robinson, 28743
               Of
          STONE PIGMAN WALTHER WITTMANN L.L.C.
          546 Carondelet Street
          New Orleans, LA  70130
          Tel: (504) 581-3200
          Fax: (504) 581-3361

          Attorneys for Defendant The Kansas City Southern Railway Company

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Preliminary Witness List has been served on all parties of record through the Court's ECM system, this 15th day of September, 2008.

          */s/ Ashlee M. Robinson*