# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) | |
| Plaintiff, | ) ) | |
| and | ) ) | |
| ROBERTA BROWN | ) ) | |
| Plaintiff-Intervenor | ) ) | CIVIL ACTION NO. 03-2742 C/W 05-2668 |
| and | ) ) | SECTION C |
| THOMAS D. TURNER | ) ) | MAG. 2 |
| Plaintiff-Intervenor | ) ) | |
| vs. | ) ) | |
| THE KANSAS CITY SOUTHERN RAILWAY COMPANY, | ) ) ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**INTERVENOR THOMAS TURNERS FIRST WITNESS AND EXHIBIT LIST**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOW INTO COURT,** through undersigned counsel, comes complainant Thomas Turner, who submits this first Witness and Exhibit List.

### PRELIMINARY STATEMENT

Discovery is ongoing.  The parties continue to exchange documents and depositions remain undone.  As such, the parties are not in a position to exhaustively

identify all possible exhibits or witnesses. We reserve the right to amend or supplement this list as may be appropriate.

1)      Thomas Turner

2)      Paul Sigur

3)      Butch Shuckrow

4)      Steve Contrary

5)      J.R. Thornel

6)      Jimmy Love

7)      T.J. Scmitt,

8)      P.A. Lobello,

9)      Donna Turner

10)     Thomas D. Turner II

11)     Theodore D. Turner

12)     Thomarah D. Turner

13)     Dennis Tizzard, CPA

14)     Don Smith, ADTS/DDATS

15)     Dr. Craig S. Heligman, Kansas City Southern Medical Department

16)     Any other witness listed by any other party.

**First Exhibit List:**

1)      Graphic animation will be used to as demonstrative evidence of the October 2002 derail.

2)      Google Earth Map of New Orleans Train Yard will be used to show

3)      Radio communication dispatch logs from October 2002

4)      Engine recorder logs from October 2002.

5)      All drug test results post re-instatement

6)      All wage hour and employment records

7)      All Public Board opinions involving Turner

8)      All correspondence from KCS to Turner

9)      Drug/Alcohol testing records

10)     Records obtained in discovery from ADTS

11)     Rail Road Rules regarding shoving procedures

12)     Rail Road Retirement records

13)     Bankruptcy records

14)     Tax records

15)      Thomas Turner's resume

16)     All documents exchanged between the parties in discovery

17)     Any document or exhibit used by any other party

Respectfully submitted by,

s/Donald F. de Boisblanc, Jr.

_____
Donald F. de Boisblanc          #4786
Donald F. de Boisblanc, Jr.     #23462
J. Rand Smith, Jr.              #27090
Attorneys at Law
410 South Rampart Street
New Orleans, Louisiana  70112
Tel.: (504) 586-0005
Fax:  (504) 586-0007

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the above and foregoing was mail to all counsel of record by U. S. Mail postage prepaid this 30th day of October, 2008.

s/Donald F. de Boisblanc, Jr.

_____