UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS

| | |
|---|---|
| THOMAS D. TURNER | CIVIL ACTION NO. 03-2742 c/w 05-2668<br>Section C(2) |
| VERSUS | JUDGE DONALD E. WALTER |
| KANSAS CITY SOUTHERN RAILWAY COMPANY | MAGISTRATE JUDGE WILKINSON |

## O R D E R

Before this Court is a "Motion to Review Magistrate's Order Denying EEOC"s Motion to Quash Notice of 30(b)(6) Deposition of the EEOC and for Protective Order" [Record Document 123], filed on behalf of the Equal Employment Opportunity Commission ("EEOC"). Magistrate Judge Wilkinson denied EEOC's Motion, stating "[t]he EEOC is a party to the action. As such, it is not exempt from discovery. Its knowledge of facts relevant to the claims or defenses of the parties is discoverable." [Record Document 93].

Pursuant to Rule 72 of the Federal Rules of Civil Procedure, a district judge may set aside a magistrate's order "that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a); *see also, Holton v. S&W Marine, Inc.*, 2000 WL 1693667 (E.D.La. 2000). In the present matter, EEOC has failed to demonstrate why its knowledge of facts is undiscoverable. Rule 30(6)(b) expressly allows for a governmental agency to designate persons to testify on its behalf, and those persons "must testify about information known or reasonably available to the organization." The rule "is designed to avoid the possibility that several officers and managing agents might be deposed in turn, with each disclaiming personal knowledge of facts that are clearly known to persons within the organization

1

and thus to the organization itself." *Brazos River Authority v. GE Ionics, Inc.*, 469 F.3d 416, 432-33 (5th Cir. 2006). In other words, a 30(b)(6) deposition should not be quashed on grounds that the entity lacks personal knowledge. Moreover, the EEOC has failed to demonstrate how the <u>facts</u> sought by KCS are privileged under any of the asserted doctrines.

Therefore, finding Magistrate Judge's decision was neither clearly erroneous nor contrary to law, **IT IS ORDERED** that the Magistrate Judge's Order **DENYING** EEOC's Motion to Quash Notice of 30(b)(6) Deposition and Protective Order, be and is hereby **AFFIRMED**.

THUS DONE AND SIGNED this ___7___ day of November, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

2