UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ET AL. | CIVIL ACTION NO. 03-2742 c/w 05-2668 |
| VERSUS | JUDGE DONALD E. WALTER |
| KANSAS CITY SOUTHERN RAILWAY COMPANY | MAGISTRATE JUDGE WILKINSON |

### JUDGEMENT

Before this Court is a Motion for Summary Judgment [Record Document 157], filed on behalf of Defendant, Kansas City Southern Railway Company ("KCS").

For the reasons stated in the foregoing Memorandum Ruling, **IT IS HEREBY ORDERED** that the defendant's Motion for Summary Judgment is **GRANTED** and that all claims against KCS are **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** this 19th day of May, 2009.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE