## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **THOMAS D. TURNER** | § | **CIVIL ACTION:** | **03-2742** |
| **Plaintiff** | § | **SECTION:** | |
| | § | **JUDGE:** | **WALTER** |
| | § | | |
| **Versus** | § | | |
| | § | | |
| **KANSAS CITY SOUTHERN RAILWAY** | § | **MAG. NUMBER:** | **2** |
| **COMPANY** | § | **MAGISTRATE:** | **WILKINSON** |
| **Defendant** | | | |

*Consolidated with*

| | | | |
|---|---|---|---|
| **U.S. EQUAL EMPLOYMENT** | § | **CIVIL ACTION:** | **05-2668** |
| **OPPORTUNITY COMMISSION,** | § | **SECTION:** | |
| **Plaintiff** | § | **JUDGE:** | **WALTER** |
| | § | | |
| **Versus** | § | | |
| | § | | |
| **KANSAS CITY SOUTHERN RAILWAY** | § | **MAG. NUMBER:** | **2** |
| **COMPANY** | § | **MAGISTRATE:** | **WILKINSON** |
| **Defendant** | | | |

The EEOC anticipates at this time that it *will call* the following witnesses, absent currently unforeseen events and absent reasonable notice to opposing counsel to the contrary:

1.  Thomas Turner, 3750 Ridge  Oak Way, Framers Branch Texas 75244. May testify concerning: discrimination against Black employees at KCS; more favorable treatment of White employees than of Black employees at KCS; retaliation by KCS against Black employees who complain of discrimination; damages suffered as a result of unlawful discrimination.

2.      Lester Thomas 8705 Jefferson Hwy, Apt. 221, New Orleans, LA 70123-3535. Or
        1920 Lakepointe Dr., Lewisville, TX 75057-6415 504/915-6485 or 504/246-7430.
        May testify concerning: discrimination against Black employees at KCS; more
        favorable treatment of White employees than of Black employees at KCS;
        retaliation by KCS against Black employees who complain of discrimination;
        damages suffered as a result of unlawful discrimination.

The EEOC may call the following witnesses:

3.      Ted Wax (Train Master), 37034 White Road, Prairieville, Louisiana 70769,
        225/677-9910.  May testify concerning: KCS company practices and policies; his
        involvement in investigations or disciplinary measures relative to the Charging
        Parties.

4.      James Richard (JR) Thornell, 4932 Old Oak Drive, Benton, Louisiana 71006.
        May testify concerning: KCS company practices and policies; his involvement in
        investigations or disciplinary measures relative to the Charging Parties.

5.      Tommy Schmitt, 1928 Dante St., New Orleans, LA 70118-2913, 504/866-4355.
        May testify concerning: events which he witnessed or in which he was involved
        which pertain to disciplinary actions taken against one or more of the Charging
        Parties.

6.      Frank Mouney (Comparator Engineer), 12 Idlewood Pl, River Ridge, LA 70123-
        1525, 504/738-0076 or 504/737-0218.  May testify concerning: events which he
        witnessed or in which he was involved which pertain to disciplinary actions taken
        against one or more of the Charging Parties.

7.      Jimmy Love (Train Master, New Orleans), 2422 Brookhollow Ter., Georgetown, TX 78626-7684, 512/868-2575.  May testify concerning: KCS company practices and policies; his involvement in investigations or disciplinary measures relative to the Charging Parties.

8.      Lane Bonds, 6775 Forrest Ave., Shreveport, LA 71107-8635, 318/929-5090 or 318/929-2948.  May testify concerning: KCS company practices and policies; his involvement in investigations or disciplinary measures relative to the Charging Parties.

9.      Paul Lobello (KCS investigator for Turner/Schmidt Mooney/Schmidt), 10468 Keysburg Ct., Shreveport, LA 71106-7785, 318/797-1948 or 318/676-6418.  May testify concerning: KCS company practices and policies; his involvement in investigations or disciplinary measures relative to the Charging Parties.

10.      Kathleen Alexander, 9000 Northwest 86th Court, Kansas City MO.  May testify concerning: KCS company practices and policies; her involvement in investigations or disciplinary measures relative to the Charging Parties.

11.      Paul Seghers, 101 S. Lafayette St., Unit A, Mobile, AL 36604-1744, 251/471-9419 or 251/222-4341.  May testify concerning: KCS company practices and policies; his involvement in investigations or disciplinary measures relative to the Charging Parties.

12.      David Stockinger, 2522 W. Highmeadow Ct., Baton Rouge, LA 70816-2532, 225/291-6216.  May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

13.   Michelle Holmes, 8119 N. Lakeshore Dr., Shreveport, LA 71107-8378, 318/670-7577.  The dispatcher involved in the Jesse Frank "missed call" incident.  May testify concerning: events which she witnessed or in which she was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

14.   Eddy Kelly, 1046 Timberon Dr., Broussard, LA 70518-8101, 337/560-4293 or 337/364-7905.  May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

15.   Dennis Mitchell, 2114 Shreveport Hwy., Apt. 273, Pineville, LA 71360-2006 or 731 Hendee St., New Orleans, LA 70114-1411 or 1632 Southlawn Blvd., New New Orleans, LA 70114-3126 or P.O. Box 741052, New Orleans, LA 70174-1052, 504/367-6756 or 504/227-2552.  May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

16.   Tim Loebig (Turner Union Representative at investigation hearing), 804 Session LN, Kenner LA 70065, 504/467-8063.  May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties, or regarding Defendant's practices and procedures..

17.   B.M. Futz (Barry Maurice Fultz or Futz), 217 W. Van Buren St., Millstadt, IL 62260-1669.  May testify concerning: events which s/he witnessed or in which

s/he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

18.     Dale Laurendine, 41022 Fields Ct., Prairieville, LA 70769-5945, 225/622-6508. May testify concerning: events which s/he witnessed or in which s/he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

19.     Paul Dawson, 20404 Rue Legendre, Ponchatoula, LA 70454-6785, 985/370-1700. May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

20.     John Laurendine, 1005 Ridgelake Dr., Metairie, LA 70001-4258, 504/837-7518. May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

21.     S.L. Gordon, 16 Jasmine Ln., Saint Rose, LA 70087-3474, 985/461-3745.  May testify concerning: events which s/he witnessed or in which s/he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

22.     Debra Lockhart, 30650 Corbin Ave., Walker, LA 70785-6904, 225/664-3898. May testify concerning: events which she witnessed or in which she was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

23.   Lenny Conzonere, 1937 Burdette St., New Orleans, LA 70118-4232, 504/865-7740.  May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

24.   Steve Cutrer, 10455 Gurney Rd., Baker, LA 70714-6821, 225/261-2888.  May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

25.   Gary Catoir, 207 W. Maple Ridge Dr., Metairie, LA 70001-6144, 504/837-6928.  May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

26.   Ed Laughlin, 144 Dell Pl., Houma, LA 70364-1598, 240 Company Canal Rd., Bourg, LA 70343-3818, 985/262-1022 or 985/466-3055.  May testify concerning: KCS company practices and policies; his involvement in investigations or disciplinary measures relative to the Charging Parties.

27.   Terry Migaud, 3513 43rd St., Metairie, LA 70001-2840, 504/833-1884.  May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

28.   Oliver Jarrell, 9572 Mesa Verde Ave., Baton Rouge, LA 70814-4017, 225/927-4643.  May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

29.    KCS Employee Magnum.  May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

30.    David Hargrave, 7 Gleneagles Dr., La Place, LA 70068-1612, 985/652-3917. May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

31.    Mark Redd, 10082 Toulouse Dr., Shreveport, LA 71106-8521 or 15504 Pawnee St., Overland Park, KS 66224-3974, 318/797-4137 or 318/797-3539.  May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

32.    John Derry, 1706 Canary St., Monroe, LA 71201-8322, 318/323-5632 or 77 Perry Rd., Monroe, LA 71202-3815, 318/323-4079.  May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties; may testify regarding Defendant's policies, practices, and procedures with regard to human resources and equal employment opportunity.

33.    Tom Hadel, 131 Archer Ave., Shreveport, LA 71105-2105, 318/865-1107.  May testify concerning: KCS company practices and policies; his involvement in investigations or disciplinary measures relative to the Charging Parties.

34.    Josh Hall, 15631 Pinewood Dr., Pride, LA 70770-9638, 225/262-7203.  May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

35. Randy Corsentino, 10641 Fernbrook Ave., Baton Rouge, LA 70809-4041, 225/295-3994.  May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties; may testify regarding Defendant's discriminatory practices.

36. Charles DuPont, 119 Giselle Pl., Lafayette, LA 70508-7948, 337/856-3976.  May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties; may testify regarding Defendant's discriminatory practices.

37. Arthur White, 9433 Palm St., New Orleans, LA 70118-1923, 504/486-6213.  May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

38. Sammy Conzonere, 1409 Pecan Ave., Metairie, LA 70001-3239, 504/455-4144.  May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

39. William Bates, 240 Nelson Pvt. Dr., Stonewall, LA 71078, 318/925-9067.  May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

40. Willie Turner, 10356 Norris Ferry Rd., R, Shreveport, LA 71106-8328, 318/828-2525.  May testify concerning: events which he witnessed or in which he was involved which pertain to disciplinary actions taken against one or more of the Charging Parties.

41. Elgie Abner, 1137 Arncliff Dr., Shreveport, LA 71107-5506, 318/226/1750.  May testify concerning: race discrimination to which he was subjected on the basis of being Black; KCS practices of discriminating against Black employees on the basis of race; finding of discrimination and award of punitive damages by jury in Shreveport, Louisiana, for discrimination on the basis of being Black.

42. Harry Brooks.  463 Seneca Trail, Shreveport, Louisiana 71107.  May testify concerning: race discrimination to which he was subjected on the basis of being Black; KCS practices of discriminating against Black employees on the basis of race; finding of discrimination and award of punitive damages by jury in Shreveport, Louisiana, for discrimination on the basis of being Black.

43. James Martin.  7033 Highway 570 E, Ruth, Mississippi 39662.  May testify concerning: race discrimination to which he was subjected on the basis of being Black; KCS practices of discriminating against Black employees on the basis of race; finding of discrimination and award of punitive damages by jury in Shreveport, Louisiana, for discrimination on the basis of being Black.

44. Steve May.  2831 Goodwill Road, Minden, Louisiana 71055.  May testify concerning: race discrimination to which he was subjected on the basis of being Black; KCS practices of discriminating against Black employees on the basis of race; finding of discrimination and award of punitive damages by jury in Shreveport, Louisiana, for discrimination on the basis of being Black.

45. Napoleon Player.  May testify concerning: race discrimination to which he was subjected on the basis of being Black; KCS practices of discriminating against Black employees on the basis of race; finding of discrimination and award of

punitive damages by jury in Shreveport, Louisiana, for discrimination on the basis of being Black.

46.　Jerry Walker.  115 Felix Carter Road, Minden, Louisiana 71055.  May testify concerning: race discrimination to which he was subjected on the basis of being Black; KCS practices of discriminating against Black employees on the basis of race; finding of discrimination and award of punitive damages by jury in Shreveport, Louisiana, for discrimination on the basis of being Black.

47.　Lawrence Player.  3028 Yorktown Drive, Shreveport, Louisiana 71107.  May testify concerning: race discrimination to which he was subjected on the basis of being Black; KCS practices of discriminating against Black employees on the basis of race; finding of discrimination and award of punitive damages by jury in Shreveport, Louisiana, for discrimination on the basis of being Black.

48.　Wilbur Odom, Jr.  Post Office Box 29091, Shreveport, Louisiana 71149.  May testify concerning: race discrimination to which he was subjected on the basis of being Black; KCS practices of discriminating against Black employees on the basis of race; finding of discrimination and award of punitive damages by jury in Shreveport, Louisiana, for discrimination on the basis of being Black.

49.　Any persons named by any other party in the pre-trial order as potential witnesses.

50.　Any persons hereafter identified as having, or hereafter learned to have, knowledge of facts pertinent to this case.

51.　Any persons who may be necessary to offer rebuttal or impeachment testimony.

52.　EEOC personnel who may be needed to testify concerning procedural matters relevant to this action, such as but not limited custodians of records.

53.   Denise Brame.  719 N 74th Street, Kansas City, Kansas 66112.  May testify concerning her role in reviewing appeals by Charging Parties of subject disciplinary actions taken by KCS.

54.   Defendant, KCS, via its Fed. R. Civ. Pr. Rule 30(b)(6) representatives.

55.   Any persons identified by Defendant or any other party as an expert on its behalf.

56.   Any person identified by Defendant as a representative under Rule 30(b)(6).

57.   Deana Smith.  May testify regarding discipline of one or more of the Charging Parties, including but not limited to J.R. Thornell's order to reinstate Joshua Hall but not Lester Thomas.

58.   Daniel Torres.  May testify regarding the facts relevant to the employment of the Charging Parties or to Defendant's procedures and practices.

59.   Dennis Marzec. 8090 Cornwall Ct, Unit 81, Rancho Cucamonga, CA 91739. May testify regarding the facts relevant to the employment of the Charging Parties or to Defendant's procedures and practices.

60.   James Smith. May testify regarding the facts relevant to the employment of the Charging Parties or to Defendant's procedures and practices.

61.   Phyllis Tasby. 13005 Hemlock Street, Overland Park, Kansas 66213.  May testify regarding the facts relevant to the employment of the Charging Parties or to Defendant's procedures and practices.

62.   Rich Venditti. 8709 NE 91st Street, Kansas City, Missouri 64157.  May testify regarding the facts relevant to the employment of the Charging Parties or to Defendant's procedures and practices.

63.  Dan Freeman. 4601 Blanchard Road, Shreveport, Louisiana 71107.  May testify regarding the facts relevant to the employment of the Charging Parties or to Defendant's procedures and practices.

64.  Scott Spears. 35760 Cresent Hill Road, Osawatomie, Kansas 66064.  May testify regarding the facts relevant to the employment of the Charging Parties or to Defendant's procedures and practices.

65.  Dave Ebbrecht.  4601 Hilry Huckaby Drive, Shreveport, Louisiana 71107 and 509 Village Drive, Apartment B, Pittsburgh, Kansas 66762.   May testify regarding the facts relevant to the employment of the Charging Parties or to Defendant's procedures and practices.


Respectfully submitted,

_/s/_____
Rudy L. Sustaita
Trial Attorney
No Bar Roll Number Assigned
Texas Bar No. 19523560

Plaintiff Equal Employment Opportunity
Commission
1201 Louisiana Street, 6th Floor
Houston, Texas 77002
(713) 651-4970 Telephone
(713) 651-7995 Facsimile

<u>CERTIFICATE OF SERVICE</u>

I certify that on this 19th day of November 2012 the foregoing was served on all counsel through the District's e filing system.

<u>/s/</u>_____
Rudy L. Sustaita