LAW OFFICES OF

# MANN AND KYTLE, PLLC

200 SECOND AVENUE WEST
THE STRITMATTER KESSLER BUILDING
SEATTLE, WASHINGTON 98119
WWW.MANNKYTLE.COM

*Filed*
RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**2012 NOV 21   AM 11: 56**

LORETTA G. WHYTE

**WE LISTEN**

JAMES W. KYTLE, ATTORNEY
ADMITTED IN
WASHINGTON AND GEORGIA
jkytle@mannkytle.com

MARY RUTH MANN, ATTORNEY
ADMITTED IN
STATE AND FEDERAL COURTS
mrmann@mannkytle.com

PHONE (206) 587-2700
FAX (206) 587-0262

MARK W. ROSE, ASSOCIATE
ADMITTED IN
STATE AND FEDERAL COURTS
mark@mannkytle.com

JO HEINAN, ASSOCIATE
ADMITTED IN WASHINGTON
jo@mannkytle.com

*Via U.S. Mail*

November 8, 2012

Clerk's Office
United States District Court
Eastern District of Louisiana
500 Poydras Street Room C151
New Orleans, LA 70130

    RE:   *Turner v. Kansas City Southern Railway Co*, CA No. 03-2742 c/w 05-2668

Dear Clerk,

Mary Ruth Mann represented Clarence Cargo and Jesse James Frank in moving for intervenor-plaintiff status in the above-referenced matter. However, United States Magistrate Judge Joseph Wilkinson, Jr. denied the Motion of Clarence Cargo and Jesse James Frank to Intervene on March 29, 2006. (Dkt. 36).

As our firm does not represent any persons who are a party to or subject of the litigation as it now exists, we ask that you cease notifying our office of all matters regarding the litigation.

                                    Sincerely,

                                    Mark W. Rose

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____