- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THOMAS D. TURNER | * | CIVIL ACTION |
| | * | |
| Plaintiff | * | NO. 03-2742 C/W 05-2668 |
| VERSUS | * | |
| | * | SECTION "__ (2)" |
| THE KANSAS CITY SOUTHERN RAILWAY COMPANY | * | |
| | * | JUDGE WALTER |
| | * | |
| Defendant | * | MAGISTRATE WILKINSON |
| | * | |
| | * | RE: CASE NO. 03-2742, 05-2668 |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### KANSAS CITY SOUTHERN RAILWAY COMPANY'S
### PRELIMINARY WITNESS LIST

The Kansas City Southern Railway Company ("KCSR"), pursuant to the Court's scheduling order, submits the following preliminary list of witnesses that KCSR may call to testify at the trial of this matter.

1. Thomas Turner, 3750 Ridge Oak Way, Framers Branch Texas 75244. Mr. Turner may testify regarding his employment at KCSR.

2. Denise Brame, Former Manager, Labor Relations. 6207 Everett, Kansas City, KS 66102. Ms. Brame may testify regarding the factual circumstances surrounding the claims of Thomas Turner and Lester Thomas, and the defenses of KCSR in this matter.

- 1 -

- 2 -

3. Lester Thomas. 8705 Jefferson Hwy, Apt. 221, New Orleans, LA 70123-3535. Or 1920 Lakepointe Dr., Lewisville, TX 75057-6415 504/915-6485 or 504/246-7430. Mr. Thomas may testify regarding his employment at KCSR.

4. Thomas Schmitt. 1928 Dante St., New Orleans, LA 70118-2913, 504/866-4355Mr. Schmitt may testify regarding his employment at KCSR.

5. Joshua Hall, 15631 Pinewood Dr., Pride, LA 70770-9638, 225/262-7203. Mr. Hall may testify regarding his employment at KCSR.

6. R. Lane Bonds, Terminal Director, KCSR, 650 Childre Road, Pearl, Mississippi 39208. Mr. Bonds may testify regarding the factual circumstances surrounding the claims of Mr. Turner and the EEOC and the defenses of KCSR in this matter.

7. George Panzeca, CPA, or Phillip Monteleone CPA, Litigation and Forensic Accounting Services, Bourgeois Bennett, 111 Veterans Boulevard, 17th Floor, Metairie, Louisiana 70005. Mr. Panzeca or Mr. Monteleone may give expert testimony regarding the damages claimed by or on behalf of Mr. Turner.

8. Todd Clark, 1588 Broadmoor Court, Baton Rouge, LA 70815. Mr. Clark may testify regarding the factual circumstances surrounding the claims of Mr. Turner and the EEOC on behalf of Lester Thomas, as well as about the defenses of KCSR in this matter.

9. John Derry, Senior Vice President of Human Relations, KCSR, 427 W. 12th Street, Kansas City, Missouri 64105. Mr. Derry may testify regarding KCSR's policies, rules and procedures for investigating discrimination complaints and EEOC charges.

10. Betsy Bauer or Elizabeth Martina, Bauer & Associates, Inc., 718 Phosphor Avenue, Metairie, Louisiana 70005. Ms. Bauer or Ms. Martina may give expert opinion testimony regarding damages claimed by Mr. Turner, including but not limited to, lost wages and benefits.

11. Larry E. "Eddie" Jameson, Manager of Operating Practices, KCSR, 4601 Shreveport-Blanchard Highway, Shreveport, Louisiana 71107. Mr. Jameson may testify regarding KCSR's use and maintenance of event recorders and applicable federal regulations.

12. Vernon "Buck" Jones, Assistant Vice President of Engineering, KCSR, 4601 Shreveport-Blanchard Highway, Shreveport, Louisiana 71107. Mr. Jones may testify regarding KCSR's use and maintenance of radio equipment and applicable federal regulations.

13. Fred Leif, former General Director of Labor Relations, KCSR. Mr. Leif may testify regarding disciplinary investigations, the issuance of discipline under collective bargaining agreements, appeals to the Public Law Board, leniency

reinstatements, and all other procedures relating to grievances by and disciplinary actions against union employees.

14. Paul A. Lobello, former Director of Technology, Training and Development, KCSR, 10468 Keysburg Court, Shreveport, Louisiana 71106. Mr. Lobello may testify regarding the factual circumstances surrounding the claims of Mr. Turner and of the EEOC on behalf of Mr. Thomas, as well about the defenses of KCSR in this matter.

15. Jim Love, 2422 Brookhollow Terrace, Georgetown, TX 78626. Mr. Love may testify regarding the factual circumstances surrounding the claims of the charging parties, including specifically but not limited to Thomas Turner, and the defenses of KCSR in this matter.

16. Jim Sacher, Regional Counsel for the Equal Employment Opportunity Commission. Mr. Sacher may testify on cross-examination regarding the EEOC's policies and procedures for responding to charges of racial discrimination.

17. Deana Smith, General Claims Specialist, KCSR. 650 Childre Rd, Pearl, MS 39208. Ms. Smith may testify regarding the factual circumstances surrounding the claims of the plaintiffs and the defenses of KCSR in this matter. Ms. Smith may also testify regarding the processes and procedures for disciplinary actions at KCSR.

18. Phyllis Tasby, Manager, Training & Compliance, KCSR. 427 W. 12th Street, Kansas City, Missouri 64105. Ms. Tasby may testify regarding KCSR's equal employment opportunity and anti-discrimination/harassment policies and procedures, including information about the training provided to KCS employees, KCSR's Speak Up line, and investigations of complaints made to the line.

19. Janice Thompson, former investigator for the Equal Employment Opportunity Commission. Ms. Thompson may testify on cross-examination regarding the EEOC's policies and procedures for responding to charges of racial discrimination and its investigation and other work relating to the charges filed by Mr. Turner and Mr. Thomas.

20. J. R. Thornell, Former Assistant to Senior Vice President for Transportation, KCSR, 4932 Old Oak Drive, Benton, Louisiana 71006. Mr. Thornell may testify regarding the factual circumstances surrounding the claims of Thomas Turner and the EEOC on behalf of Lester Thomas, as well as regarding the defenses of KCSR in this matter,.

21. Richard D. Venditti, Manager, Joint Facility Accounting, KCSR, 427 W. 12th Street, Kansas City, Missouri 64105. Mr. Venditti may testify regarding the factual circumstances surrounding the claims of the plaintiffs and the defenses of KCSR in this matter. Mr. Venditti may also testify regarding KCSR's policies

- 4 -

and procedures regarding equal employment opportunity and/or discrimination in the workplace.

22. Ted Wax, Manager, Operating Practices, KCSR.  4601 Shreveport-Blanchard Highway, Shreveport, Louisiana 71107.  Mr. Wax may testify regarding the factual circumstances surrounding the claims of the plaintiffs, including specifically, but not limited to the EEOC's claims on behalf of Lester Thomas, as well as about the defenses of KCSR in this matter.  Mr. Wax will also testify regarding proper operating procedures for train crew employees at KCSR.

23. Kathleen A. Alexander, former Director, former Labor Relations, KCSR.  This witness is deceased but may testify via affidavit and/or deposition regarding the factual circumstances surrounding the claims of the plaintiffs and KCSR's defenses in this matter.

24. Daniel Torres, former KCSR General Superintendent, 1305 Nicklaus Loop, Loredo, Texas 78045.  Mr. Torres may testify regarding the factual circumstances surrounding the plaintiffs' claims, KCSR's defenses in this matter, and regarding the employment of train and engine employees, including discipline, testing, and dealings with unions.

25. A corporate representative witness for KCSR, to be determined, 4601 Shreveport-Blanchard Highway, Shreveport, Louisiana 71107.  This witness may testify regarding the policies of KCSR as well as its employment of train and engine employees, including discipline, testing, and dealings with the unions.

26. Any person listed as a witness by another party.

27. Any person whose testimony may be needed by KCSR for rebuttal and/or impeachment.

- 5 -

Respectfully submitted,

*Rachel Wisdom*

———————————————
Rachel W. Wisdom, 21167, T.A.
John Mark Fezio, 29861
Matthew S. Almon, 31013
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Tel: (504) 581-3200
Fax: (504) 581-3361

Attorneys for Defendant The Kansas City Southern Railway Company

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Preliminary Witness List has been served on all parties of record through the Court's ECM system, this 26th day of November 2012.

_Rachel Wisdom_