UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THOMAS D. TURNER | * | CIVIL ACTION |
| Plaintiff | * | NO. 03-2742 C/W 05-2668 |
| VERSUS | * | |
| THE KANSAS CITY SOUTHERN RAILWAY COMPANY | * | SECTION "__ (2)" |
| | * | JUDGE WALTER |
| Defendant | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### **STIPULATION OF DISMISSAL**

Plaintiff Thomas D. Turner and defendant Kansas City Southern Railway Company ("KCSR") together represent to the Court that they have settled all claims asserted by Mr. Turner against KCSR in case 03-2742 C/W 05-2668.

Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1), Mr. Turner and KCSR respectfully stipulate that all claims asserted by Mr. Turner should be dismissed, with prejudice, and with each party to pay his or its own outstanding court costs, if any.

January 2, 2013.

1113426v.1
1113713v.1

Respectfully submitted,

Attorneys for Plaintiff Thomas D. Turner

*/s/ Donald F. de Boisblanc*
Donald F. de Boisblanc, 4786
Donald F. de Boisblanc, Jr., 23462
J. Rand Smith, Jr., 27090
Attorneys at Law
410 South Rampart Street
New Orleans, LA 70112
Tel:   (504) 586-0005
Fax:   (504) 586-0007

and

Attorneys for Defendant The Kansas City Southern Railway Company

*/s/ Rachel W. Wisdom*
Rachel W. Wisdom, T.A., 21167
John Mark Fezio, 29861
Matthew S. Almon, 31013
       Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Tel: (504) 581-3200
Fax: (504) 581-3361

## CERTIFICATE OF SERVICE

I hereby certify that on December January 2, 2013, I served a copy of the foregoing Stipulation of Dismissal upon all counsel of record electronically via the Court's CM/ECF system.

*/s/ Donald F. de Boisblanc.Jr.*
Donald F. de Boisblanc, Jr.

1113426v.1
1113713v.1